UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:
GARY JOE MOORE                                              CASE NO. 21-10769
Debtor                                                      CHAPTER 13

## ORDER TO COMMENCE MORTGAGE PAYMENT WITHOUT NOTICE

Debtor, by counsel, and the Trustee hereby request that the Court Order the Trustee to commence regular mortgage payments as:

1. The Chapter 13 Plan includes mortgage payments to be paid by the Trustee but does not provide for the Trustee to pay adequate protection.

2. The Chapter 13 Plan provides to treat the claim as entitled to treatment under 11 U.S.C. §1322(b)(5).

3. Time is of essence in commencing mortgage payments and such early payment is contemplated by 11 U.S.C. §1326.

4. The Trustee shall commence payments to the mortgagee as follows:

| | |
|---|---|
| Mortgagee Name: | SERVICING CORPORATION |
| Mortgagee Address: | 323 FIFTH STREET<br>EUREKA, CA 95501 |
| Trustee Claim No: | 0020 |
| Starting Date | July 2021 |
| Account No. | F586 1ST MTG POST PYMNTS |
| Payment Amount | $1,270.49 |

**Stipulation and Order to Commence Adequate Protection Payments without Notice**
Page 2
Case No: 21-10769

Respectfully Submitted:

_____          /s/ Debra L. Miller, Trustee
Debtor's Attorney                                              Debra L. Miller, Trustee


SO ORDERED this _____ day of _____, 2021.



_____
Robert E. Grant, Chief Judge
US Bankruptcy Court


By U.S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor: GARY JOE MOORE, 6334 DIRWOOD COURT, FORT WAYNE, IN, 46804
Creditor: SERVICING CORPORATION, 323 FIFTH STREET, EUREKA, CA, 95501


By electronic e-mail to:
Debra L. Miller, Trustee
Debtor's Attorney: R. DAVID BOYER, II, 110 WEST BERRY ST SUITE 1910, FORT WAYNE, IN, 46802
U.S. Trustee: ustpregion10.so.ecf@usdoj.gov

/s/Debra L. Miller, Trustee